# JacksonLewis

**Jackson Lewis P.C.**
44 South Broadway, 14th Floor
White Plains NY  10601
(914) 872-8060 Direct
(914) 946-1216 Fax
jacksonlewis.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  09/10/2020
```

DIRECT DIAL:  (914) 872-6920
EMAIL ADDRESS:  JOSEPH.DIPALMA@JACKSONLEWIS.COM

September 9, 2020

**MEMO ENDORSED**

**VIA ECF**
The Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court, Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007

          Re:    Cruz v. Red Wing Brands of America, Inc.
                Case No. 20-cv-04426-PAE-KHP

Dear Magistrate Judge Parker:

      This firm represents Defendant, Red Wing Brands of America, Inc., in the above-referenced matter.  This letter is written pursuant to Rule 1(F) of Your Honor's Individual Practice Rules, to request an extension of the deadline for Defendant to answer, move or otherwise respond to the Complaint from September 10, 2020 through and including October 13, 2020, and to request the adjournment of the Initial Conference currently scheduled for October 8, 2020.

      Plaintiff's counsel consents to these requests.  These requests are made as the parties have continued to engage in productive settlement discussions and believe they will be able to resolve this matter without further intervention from this court.

      This is Defendant's third request for an extension of the deadline to respond to Plaintiff's complaint. No other deadlines have been scheduled in this case.

      Thank you for your consideration of this request.

Respectfully submitted,

JACKSON LEWIS P.C.

By: */s/ Joseph J. DiPalma*
     Joseph J. DiPalma

---

**The Defendant's deadline to respond to the complaint is hereby extended to October 13, 2020. The telephonic Initial Case Management Conference scheduled for Thursday, October 8, 2020 at 12:30 p.m. is hereby rescheduled to Thursday, November 5, 2020 at 12:00 p.m. Counsel is directed to call Judge Parker's teleconference line at the scheduled time. Please dial (866) 434-5269, Access code: 4858267.**

SO ORDERED:

*Katharine H. Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

09/10/2020